# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Argenis Caicedo                                    Case No.: 23-10121-LMI-

                                                            Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 9 | *Department of the Treasury / Internal Revenue Service* | *$1,057.00* |

Basis for Objection and Recommended Disposition

On or about May 16, 2023, Creditor filed a proof of claim in the amount of $1,057.00 with the full amount as priority for income taxes for 2022. The Creditor stated that this amount is estimated based on not receiving the 2022 returns. The Debtor has filed her 2022 returns and it shows that she owes creditor $32.00. Thus, the Debtor requests that the priority claim be reduced to show the correct liability on the account along with a general unsecured claim of $0.00.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: May 22, 2023

                                Respectfully Submitted:
                                **JOSE A. BLANCO, P.A.**
                                By: */s/ Jose A. Blanco*  |           FBN: 062449
                                Attorney for Debtor(s)
                                102 E 49th ST
                                Hialeah, FL 33013
                                Tel. (305) 349-3463

LF-70 (rev. 12/01/09)